**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MAX C. EASTIN                                                                                             PETITIONER
ADC #134018

v.                                     NO. 5:11CV00121-JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                          RESPONDENT

### ORDER

Max C. Eastin has filed a motion for extension of time within which to file objections to the recommended disposition submitted by United States Magistrate Judge Beth Deere on September 9, 2011. For good cause shown, the motion is GRANTED. Document #18. The time within which Eastin must submit his objections is extended up to and including October 18, 2011.

IT IS SO ORDERED this 21st day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE