IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MAX C. EASTIN                                                                                           PETITIONER
ADC #134018

v.                                         NO. 5:11CV00121 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                            RESPONDENT

## JUDGMENT

Max C. Eastin's amended petition for writ of habeas corpus is dismissed with prejudice.

DATED this 8th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE