**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| MAX C. EASTIN<br>ADC #134018 | PETITIONER |
| v. | NO. 5:11CV00121 JLH-BD |
| RAY HOBBS, Director,<br>Arkansas Department of Correction | RESPONDENT |

## JUDGMENT

Max C. Eastin's amended petition for writ of habeas corpus is dismissed with prejudice.

DATED this 8th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE